Gary M. Zadick
UGRIN, ALEXANDER, ZADICK &
HIGGINS, P.C.
#2 Railroad Square, Suite B
Post Office Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360

Mark C. Goodman (*pro hac vice*)
Brandon P. Rainey (*pro hac vice*)
HOGAN Lovells US LLP
3 Embarcadero Center, 15th Floor
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Plaintiff
GOTHAM INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GOTHAM INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>  vs.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>          Defendant. | CAUSE NO. CV 15-95-BLG-DWM<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between counsel for the parties that pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), this action may be dismissed without prejudice, each party to bear their own costs and expenses.

Dated: November 4, 2016     UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.

By: /s/Gary M. Zadick_____
Gary M. Zadick
Attorneys for Plaintiff
GOTHAM INSURANCE COMPANY

Dated: November 4, 2016     MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C.

By: /s/Dale R. Cockrell_____
Dale R. Cockrell
Attorneys for Defendant
EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.